UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In Re:<br><br>NOVEMBER 2005 LAND INVESTORS, LLC, et al.,<br><br>　　　　　Debtors.<br><br>NOVEMBER 2005 LAND INVESTORS, LLC; NLV HOLDING, LLC; BOPH, INC.; and WILMINGTON TRUST, NATIONAL ASSOCIATION,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>BOH PARK HIGHLANDS NV, LP;<br><br>　　　　　Defendant. | 2:13-cv-00639-PMP-CWH<br><br>BK-S-11-20704-MKN<br>　(Jointly Administered BK-S-11-20707-MKN and BK-S-11-20709-MKN)<br><br>Adv. No. 11-01333-MKN<br><br>**ORDER** |

On April 11, 2013, Appellee Wilmington Trust, National Association, elected under 28 U.S.C. § 158(c) to have this appeal heard by the United States District Court for the District of Nevada. This appeal was transferred from the United States Bankruptcy Appellate Panel of the Ninth Circuit to this Court on that same date. The Court finds the Bankruptcy Appellate Panel's briefing schedule (Doc. #1, Attach. 5) reasonable and hereby adopts it.

IT IS THEREFORE ORDERED that Appellant shall file an opening brief and appendix no later than May 13, 2013.

1    IT IS FURTHER ORDERED that Appellees shall file a responsive brief and
2 appendix no later than 21 days after service of the opening brief.
3    IT IS FURTHER ORDERED that Appellant shall file an optional reply brief no
4 later than 14 days after service of the responsive brief.

6 DATED:  April 22, 2013

_____
PHILIP M. PRO
United States District Judge